UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ABOU LY, | ) | |
| Petitioner, | ) | |
| v. | ) | C.A. No. 1:26-cv-393-MRD-PAS |
| MICHAEL NESSINGER, ET AL. | ) | |
| Respondents. | ) | |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on June 23, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered denying Petitioner About Ly's Petition for Writ of Habeas Corpus.

It is so ordered.

June 23, 2026

By the Court:

/s/ Hanorah Tyer-Witek
Clerk of Court